IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV17-MU

| | |
|---|---|
| LEONARD FRANCIS McALLISTER, JR., | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) ORDER<br>) |
| RICHELLE LYNN McALLISTER, | )<br>) |
| Defendant. | )<br>) |

This matter is before the court upon its own motion. It appears that the *pro se* Plaintiff has failed to prosecute this case in any way since the filing of his Complaint on January 12, 2007.

IT IS THEREFORE ORDERED that the Plaintiff is hereby directed to show cause why this action should not be dismissed for lack of prosecution. The Plaintiff is directed to make such a showing no later than 14 days from the date of filing of this Order.

Signed: August 27, 2008

Graham C. Mullen
United States District Judge