IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV17

| | |
|---|---|
| LEONARD FRANCIS McALLISTER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| RICHELLE LYNN McALLISTER, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon its own motion. On August 27, 2008, this court entered a show cause order directing the *pro se* Plaintiff to respond within fourteen days and show cause why this matter should not be dismissed for lack of prosecution. The Plaintiff has failed to respond.

IT IS THEREFORE ORDERED that this matter is hereby DISMISSED without prejudice.

Signed: October 27, 2008

Graham C. Mullen
United States District Judge