# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Leonard Francis McAllister, Jr.,

       Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:07-CV-17

Richelle Lynn McAllister,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/27/2008 Order.

                                                Signed: October 27, 2008

                                                Frank G. Johns, Clerk
                                                United States District Court